# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0815
LT Case No. 2022-102821-CFDL

_____

FREDERICK WHITAKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Dawn D. Nichols, Judge.

Robert Carl Davis, Jacksonville, for Appellant.

James Uthmeier, Attorney General, Tallahassee, Daniel Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

January 20, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and EISNAUGLE and MACIVER, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————